LINK BOOKMAN V. THE STATE.

No. 22334. Delivered December 16, 1942.

The opinion states the case.

*Earl Shelton,* of Austin, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for selling and possessing for the purpose of sale whisky without a license; punishment thirty days in jail.

No statement of facts is brought forward. We discover no question presented for review.

The judgment is affirmed.